**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6204

In Re:  WILLIAM SANFORD GADD,

Petitioner.

On Petition for a Writ of Habeas Corpus
(1:02-cr-00240)

Submitted:  July 2, 2007            Decided:  July 20, 2007

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

William Sanford Gadd, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Sanford Gadd filed a petition for an original writ of habeas corpus challenging his convictions for his role in a multi-faceted, interstate fraud scheme and his resulting 235-month sentence. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2000), and this case provides no reason to depart from the general rule. Moreover, we note that Gadd has filed an identical motion in the district court seeking relief pursuant to 28 U.S.C. § 2255 (2000). Because the interests of justice would not be served by transferring a duplicative case to the district court, we deny Gadd's motion to proceed in forma pauperis and dismiss the petition. See 28 U.S.C. § 1631 (2000). We also deny his pending motions for production of documents and his motion for ruling on his petition without delay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED